UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBOLAW CORPORATION,

    Plaintiff(s),

v.

FILE RIGHT, INC.,

    Defendant(s).

Case No. 2:24-cv-01495-JCM-NJK

ORDER

    Plaintiff's counsel Tiffany Troy is barred in the state of Nevada, but does not appear to maintain an office here. Accordingly, Attorney Troy must comply with Local Rule IA 11-1(b) by August 23, 2024.

    IT IS SO ORDERED.

    Dated: August 16, 2024

_____
Nancy J. Koppe
United States Magistrate Judge