# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBOLAW CORPORATION,<br><br>     Plaintiff(s),<br><br>v.<br><br>FILE RIGHT, INC.,<br><br>     Defendant(s). | Case No. 2:24-cv-01495-JCM-NJK<br><br>**ORDER** |

Plaintiff's complaint is not filed on pleading paper as is required.  *Compare* Docket No. 1 *with* Local Rule IA 10-1(a)(1).[1]  Plaintiff must file a notice of corrected image for the complaint that complies with the local rules by August 23, 2024.

IT IS SO ORDERED.

Dated: August 16, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court has not attempted to confirm the compliance (or non-compliance) of all of the governing rules with respect to this filing.  To be clear, counsel must ensure moving forward that she is familiar with the local rules of this Court and that her filings comply with all of those rules.