# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBOLAW CORPORATION,<br><br>  Plaintiff(s),<br><br>v.<br><br>FILE RIGHT, INC.,<br><br>  Defendant(s). | Case No. 2:24-cv-01495-JCM-NJK<br><br>**ORDER**<br>[Docket No. 4] |

Plaintiff filed on the docket a request for waiver of service. Docket No. 4. Such a request must be made by notifying the opposing party. *See* Fed. R. Civ. P. 4(d)(1), (G). Defendant has not appeared in this case and filing this request on the docket does not provide notice to Defendant. Accordingly, the request for waiver of service (Docket No. 4) is **STRICKEN**. If Plaintiff seeks waiver of service from Defendant, then it must comply with the procedures in the governing rule.

IT IS SO ORDERED.

Dated: August 16, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1