UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBOLAW CORPORATION,<br><br>      Plaintiff(s),<br><br>v.<br><br>FILE RIGHT, INC.,<br><br>      Defendant(s). | Case No. 2:24-cv-01495-JCM-NJK<br><br>**ORDER**<br><br>[Docket No. 10] |

On August 16, 2024, the Court ordered Plaintiff's counsel to comply with Local Rule IA 11-1(b) and to file a notice of corrected image for the complaint by August 23, 2024. Docket Nos. 7, 8. Plaintiff seeks an extension of time of 30 days on the ground that Attorney Troy is still trying to locate a local attorney. *See* Docket No. 10.[1] The time would seem excessive to come into compliance with the local rules. As a courtesy, however, the Court will **GRANT** the motion to extend. The deadline for Plaintiff to comply with the identified orders is **EXTENDED** to September 23, 2024. <u>No further extensions will be granted.</u>

IT IS SO ORDERED.

Dated: August 23, 2024

                                                                    Nancy J. Koppe
                                                                  United States Magistrate Judge

---

[1] Plaintiff also indicates that Attorney Troy is looking for "co-working" space. No elaboration is provided and it is unclear that such effort would suffice to comply with the local rules, at any rate. *See, e.g.*, *Colony Ins. Co. v. Sanchez*, 2019 U.S. Dist. Lexis 41796 (D. Nev. Mar. 14, 2019).

1